# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jochen Markstrom

v.

Pioneer Credit Recovery, Inc.

Case No. Civil 01-700RHK/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff have judgment, pursuant to an acceptance of judgment offer, in the amount of $1,001.

DATE: July 11, 2001

RICHARD D. SLETTEN, CLERK

Denise La Fond

Denise La Fond, Deputy Clerk